UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT HAIGH,<br><br>             Plaintiff,<br><br>  v.<br><br>SAFEWAY, INC. and ALBERTSONS, LLC<br><br>             Defendants. | No. 2:20-cv-01420<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

Plaintiff Robert Haigh, by and through his attorneys, Timothy W. Emery, Patrick B. Reddy and Amanda V. Masters of Emery Reddy, PLLC, and Defendants Safeway, Inc. and Albertsons, LLC, by and through their attorneys Patrick M. Madden, Daniel Hurley and Gulsah Senol of K&L Gates LLP, hereby stipulate to entry of an Order dismissing all claims with prejudice and without an award of costs or attorney fees to either party.

DATED this  29th  day of June, 2021.

| | |
|---|---|
| EMERY \| REDDY, PLLC | K&L GATES LLP |
| By */s/ Timothy W. Emery*<br>By */s/ Patrick B. Reddy*<br>By */s/ Amanda V. Masters*<br>TIMOTHY W. EMERY<br>WSBA No. 34078<br>PATRICK B. REDDY<br>WSBA No. 34092 | By */s/ Patrick M. Madden*<br>By */s/ Daniel P. Hurley*<br>By */s/ Gulsah Senol*<br>PATRICK M. MADDEN<br>WSBA No. 21356<br>DANIEL P. HURLEY<br>WSBA No. 32842 |

| | |
|---|---|
| AMANDA V. MASTERS<br>WSBA No. 46342<br>EMERY \| REDDY, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: emeryt@emeryreddy.com<br>      reddyp@emeryreddy.com<br>      amanda@emeryreddy.com<br>Attorneys for Plaintiff Robert Haigh | GULSAH SENOL<br>WSBA No. 54721<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 623-7580<br>Fax: (206) 623-7022<br>Email: patrick.madden@klgates.com<br>      daniel.hurley@klgates.com<br>      gulsah.senol@klgates.com<br>Attorneys for Defendants Albertson's LLC and Safeway Inc. |

## **ORDER**

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITH PREJUDICE, and is dismissed without costs or attorney fees to either party.

DATED this 1st day of July, 2021.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

Presented by:

EMERY | REDDY, PLLC

By */s/ Timothy W. Emery*
By */s/ Patrick B. Reddy*
By */s/ Amanda V. Masters*
TIMOTHY W. EMERY
WSBA No. 34078
PATRICK B. REDDY

STIPULATION FOR ORDER OF DISMISSAL - 2:20-cv-01420

PAGE 2 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

| | |
|---|---|
| 1 | WSBA No. 34092 |
| 2 | AMANDA V. MASTERS<br>WSBA No. 46342 |
| 3 | EMERY | REDDY, PLLC<br>600 Stewart Street, Suite 1100 |
| 4 | Seattle, WA 98101<br>Phone: (206) 442-9106 |
| 5 | Fax: (206) 441-9711<br>Email: emeryt@emeryreddy.com |
| 6 | reddyp@emeryreddy.com<br>amanda@emeryreddy.com |
| 7 | |
| 8 | Attorneys for Plaintiff Robert Haigh |
| 9 | K&L GATES LLP |
| 10 | By /s/ Patrick M. Madden |
| 11 | By /s/ Daniel P. Hurley<br>By /s/ Gulsah Senol |
| 12 | PATRICK M. MADDEN<br>WSBA No. 21356 |
| 13 | DANIEL P. HURLEY<br>WSBA No. 32842 |
| 14 | GULSAH SENOL<br>WSBA No. 54721 |
| 15 | K&L GATES LLP<br>925 Fourth Avenue, Suite 2900 |
| 16 | Seattle, WA 98104 |
| 17 | Phone: (206) 623-7580<br>Fax: (206) 623-7022 |
| 18 | Email: patrick.madden@klgates.com<br>daniel.hurley@klgates.com |
| 19 | gulsah.senol@klgates.com |
| 20 | Attorneys for Defendants Albertson's LLC and Safeway Inc. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |